UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------- x

JOY THOMAS, as Administrator of the Estate of JONATHAN THOMAS,

                                                Plaintiff,

                    -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE OFFICER ANDRE BLAKE, Shield # 27155, 75th Precinct, NEW YORK CITY POLICE SERGEANT DAMON MARTIN, Shield # 4173, 75th Precinct, NEW YORK CITY POLICE OFFICER JOHN DOE, 75th Precinct,

                                              Defendants.
----------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-07296 (PKC) (RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       September 29, 2016

VICTOR BROWN, ESQ.
*Attorneys for Plaintiff*
11 Park Place, Suite 600
New York, New York 10007
(212) 227-7373

By: _____
    Victor Brown
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Martin, and Blake*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Suvarna Sampale
    *Senior Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016